## BLACK *v.* THE STATE OF INDIANA.

## SAME *v.* SAME.

[Nos. 21,243, 21,244.    Filed November 24, 1908.]

From Jay Circuit Court; *John F. LaFollette*, Judge.

Prosecutions by The State of Indiana against George Black. From judgments of conviction, defendant appeals. *Affirmed.*

*George T. Whitaker* and *S. A. D. Whipple*, for appellant.

*James Bingham*, Attorney-General, *A. G. Cavins, E. M. White* and *W. H. Thompson*, for the State.

GILLETT, J.—The records in these cases are in the same condition as in *Black* v. *State* (1908), *ante*, 294, and on the authority of that case the judgments herein are affirmed.

## GANGLOFF ET AL. *v.* LAWLER ET AL.

[No. 21,294.    Filed February 17, 1909.]

From Jasper Circuit Court; *C. W. Hanley*, Judge.

Petition for highway by John J. Lawler and others, against which Elizabeth Gangloff and others remonstrate. From a judgment for petitioners, remonstrants appeal. *Affirmed.*

*W. H. Parkinson*, for appellants.
*Foltz & Spitler*, for appellees.

MONTGOMERY, J.—This is a proceeding for the establishment of a public highway. The sole question for decision is the right of petitioners for a public highway to appeal to the circuit court from an order of the board of commissioners dismissing their petition upon the return of an adverse report of reviewers, in pursuance of the provisions of §7658 Burns 1908, Acts 1905, p. 521, §10. The same question was presented and the right to such appeal affirmed in the case of *Kelley* v. *Augsperger* (1908), *ante*, 155. We hold upon the authority of that case that no error was committed in this case in overruling appellants' motion to dismiss the appeal from the board.

The judgment is affirmed.